■ In the Matter of PIONEER-EVANS COMPANY, Respondent, v PAUL GARVIN et al., Comprising the Town Board of the Town of Evans, Respondents, and SHEILA J. FLAHERTY et al., Intervenors-Appellants. (Appeal No. 2.) [595 NYS2d 706] —Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567; *see also,* CPLR 5501 [a]

[1]). (Appeal from Order of Supreme Court, Erie County, Glownia, J.—Dismiss Proceeding.) Present—Callahan, J. P., Balio, Doerr and Boehm, JJ.